07 C 7215  Case 1:07-cv-07215   Document 3   Filed 12/23/2007   Page 1 of 1   FILED

JUDGE GUZMAN
MAGISTRATE JUDGE COX

DECEMBER 23, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3006194-LRB/TNP/msw

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

CEM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                           Case

Lewis Herring v. Richard E. Marr and FFE Transportation Services, Inc., an Illinois Corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Richard E. Marr and FFE Transportation Services, Inc., an Illinois Corporation

| SIGNATURE |
| --- |
| S/ Lew R. C. Bricker |
| FIRM |
| SMITHAMUNDSEN LLC |
| STREET ADDRESS |
| 150 NORTH MICHIGAN AVENUE, SUITE 3300 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6206641 | (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES / x /     NO / / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES / /      NO /x / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES / x /     NO / / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES /x /   NO / / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / /     APPOINTED COUNSEL / / | |