07 C 7215　　Case 1:07-cv-07215　Document 5　Filed 12/23/2007　Page 1 of 1

JUDGE GUZMAN
MAGISTRATE JUDGE COX

FILED
DECEMBER 23, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CEM

3006194-LRB/TNP/msw

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case

Lewis Herring v. Richard E. Marr and FFE Transportation Services, Inc., an Illinois Corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Richard E. Marr and FFE Transportation Services, Inc., an Illinois Corporation

---

| | |
|---|---|
| SIGNATURE<br>S/ Sandra J. Engelking | |
| FIRM<br>　　　　SMITHAMUNDSEN LLC | |
| STREET ADDRESS<br>　　　150 NORTH MICHIGAN AVENUE, SUITE 3300 | |
| CITY/STATE/ZIP<br>　　　CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6286111 | TELEPHONE NUMBER<br>(312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　YES / /　　NO /x/ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　YES / /　　NO /x/ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　YES / /　　NO /x/ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES //　　NO /x/ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL / /　　　　　　　　　　　　APPOINTED COUNSEL / / | |