3006194-LRB/SJE/msw                                              ARDC:  6206641

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LEWIS HERRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No.   07 C 7215 |
| ) | |
| RICHARD E. MARR and FFE ) | |
| TRANSPORTATION SERVICES, INC., ) | |
| an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Lew R. C. Bricker, hereby certify that on December 31, 2007, a copy of the foregoing **Answer and Affirmative Defenses of Defendant Richard E. Marr** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Mr. Scott Pyles
Rathbun, Cservenyak & Kozol, LLC
320 Executive Drive
Joliet, IL 60431
(815) 730-1977

          s/ Lew R. C. Bricker
          Lew R. C. Bricker – Bar Number:  6206641
          Attorney for Defendants, Richard E. Marr and
          FFE Transportation Services, Inc.
          SmithAmundsen LLC
          150 North Michigan Avenue, Suite 3300
          Chicago, IL 60601
          Telephone:    (312) 894-3200
          Fax:                (312) 894-3210
          E-Mail:          lbricker@salawus.com

Attorney for Defendants
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601

(312) 894-3200