3006194-LRB/SJE/msw                                                                 ARDC:  6206641

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEWIS HERRING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   07 C 7215 |
| | ) | |
| RICHARD E. MARR and FFE | ) | |
| TRANSPORTATION SERVICES, INC., | ) | |
| an Illinois Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, Lew R. C. Bricker, hereby certify that on December 31, 2007, a copy of the foregoing **Answer and Affirmative Defenses of FFE Transportation Services** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    *Parties receiving service electronically are as follows:*

Mr. Scott Pyles
Rathbun, Cservenyak & Kozol, LLC
320 Executive Drive
Joliet, IL 60431
(815) 730-1977

                                                s/ <u>Lew R. C. Bricker</u>
                                                Lew R. C. Bricker  – Bar Number:  6206641
                                                Attorney for Defendants, Richard E. Marr and
                                                FFE Transportation Services, Inc.
                                                SmithAmundsen LLC
                                                150 North Michigan Avenue, Suite 3300
                                                Chicago, IL 60601
                                                Telephone:   (312) 894-3200
                                                Fax:                (312) 894-3210
                                                E-Mail:           lbricker@salawus.com

Attorney for Defendants
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200