UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEWIS HERRING, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO.   07 C 7215 |
| | ) | |
| RICHARD E. MARR and | ) | |
| FFE TRANSPORTATION SERVICES, INC., | ) | |
| an Illinois Corporation, | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

Please take notice that on January 25, 2008, we caused to be filed electronically *Plaintiff's Response to Affirmative Defenses*, copies of which are attached hereto. Parties receiving service electronically are as follows:

Lew R.C. Bricker
Smith Amundsen, LLC
150 N. Michigan Ave, Ste 3300
Chicago, IL 60601
(312) 894-3200

Scott Pyles
ARDC # 6208185
Rathbun, Cservenyak & Kozol, LLC
3260 Executive Drive
Joliet, IL 60431
815.730.1977

s/ Scott Pyles
One of the Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEWIS HERRING, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO.    07 C 7215 |
| ) | |
| RICHARD E. MARR and ) | |
| FFE TRANSPORTATION SERVICES, INC., ) | |
| an Illinois Corporation, ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES**

NOW COMES the plaintiff, LEWIS HERRING, by and through his attorneys, RATHBUN, CSERVENYAK & KOZOL, LLC, and in Response to Defendant's Affirmative Defenses, states as follows:

1. Plaintiff admits only those duties that are required by law.

2. Plaintiff admits only those duties that are required by law.

3. a. Plaintiff denies the allegations contained in paragraph 3 and 3a.

   b. Plaintiff denies the allegations contained in paragraph 3b.

   c. Plaintiff denies the allegations contained in paragraph 3c.

   d. Plaintiff denies the allegations contained in paragraph 3d.

   e. Plaintiff denies the allegations contained in paragraph 3e.

   f. Plaintiff denies the allegations contained in paragraph 3f.

   g. Plaintiff denies the allegations contained in paragraph 3g.

   h. Plaintiff denies the allegations contained in paragraph 3h.

4. Plaintiff denies the allegations contained in paragraph 4.

5.  Plaintiff denies the allegations contained in paragraph 5.

6.  Plaintiff denies the allegations contained in paragraph 6.

WHEREFORE, Plaintiff, LEWIS HERRING, by and through his attorneys, RATHBUN, CSERVENYAK & KOZOL, LLC, respectfully prays that Defendant's Affirmative Defenses be stricken without costs to Plaintiff.

Scott Pyles
ARDC # 6208185
Rathbun, Cservenyak & Kozol, LLC
3260 Executive Drive
Joliet, IL 60431
815.730.1977

s/ Scott Pyles
One of the Attorneys for Plaintiff