3006194-LRB/SJE/msw                                              ARDC:  6206641

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LEWIS HERRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   07 C 7215 |
| ) | |
| RICHARD E. MARR and FFE ) | |
| TRANSPORTATION SERVICES, INC., ) | |
| an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

**REPORT OF PARTIES' CASE MANAGEMENT PLANNING CONFERENCE**

    1.    In accordance with Fed. R. Civ. P. 26(f), a meeting was held on **February 7, 2008** via telephone and was attended by:

    Scott Pyles for plaintiff Lewis Herring

    Lew Bricker and Sandra Engelking for defendants Richard Marr and FFE Transportation Services, Inc.

    2.    Pre-Discovery Disclosures.  The parties will exchange by **March 7, 2008** the information required by Fed. R. Civ. P. 26(a)(1).

    3.    Discovery Plan.  The parties jointly propose to the court the following discovery plan:

    Discovery will be needed on the following subjects:

    How the incident occurred, including the actions of the parties and any potential non-parties.

    The damages and the medical condition of the plaintiff, including prior injuries suffered by the plaintiff, the injuries he suffered in the incident, and his current condition and future treatment needs.

    Schedule:

    Non-medical fact discovery is to be completed by **July 31, 2008**.

>Medical fact discovery is to be completed by **October 31, 2008**.
>
>Parties will agree on an expert discovery schedule by **August 29, 2008,** to commence after October 31, 2008.

Disclosure or discovery of electronically stored information should be handled as follows:  The parties have determined that no issues arise requiring special administration of electronic discovery.

Supplementations under Rule 26(e) are due as soon as the new information is discovered or received.


Date:  _____02/08/08_____


| | |
|---|---|
| S/ ____Lew R.C. Bricker_____ | S/ _____Scott Pyles_____ |
| Lew R.C. Bricker - 6206641 | Scott Pyles |
| Attorney for Defendants, Richard E. Marr | Attorney for Plaintiff Herring |
| and FFE Transportation Services, Inc. | Rathbun, Cservenyak & Kozol |
| SmithAmundsen LLC | 3260 Executive Drive |
| 150 N. Michigan Avenue, Suite 3300 | Joliet, IL  60431 |
| Chicago, IL 60601 | (815) 730-1977 |
| (312) 894-3200 | (815) 730-1934 |
| (312) 894-3210 | spyles@rcklawfirm.com |
| lbricker@salawus.com | |