3006194-LRB/SJE/msw                                          ARDC:  6206641

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LEWIS HERRING, | ) |
|        Plaintiff, | ) |
| v. | ) No.   07 cv 7215 |
| RICHARD E. MARR and FFE TRANSPORTATION SERVICES, INC., an Illinois Corporation, | ) |
|        Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Lew R. C. Bricker, hereby certify that on **February 8, 2008**, a copy of the foregoing **Report of Parties' Case Management Planning Conference** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*<u>Parties receiving service electronically are as follows:</u>*

Mr. Scott Pyles
Rathbun, Cservenyak & Kozol, LLC
3260 Executive Drive
Joliet, IL 60431
(815) 730-1977

                                              s/<u>Sandra J. Engelking</u>
                                              Lew R. C. Bricker – Bar Number:  6286111
                                              Attorney for Defendants, Richard E. Marr and
                                              FFE Transportation Services, Inc.
                                              SmithAmundsen LLC
                                              150 North Michigan Avenue, Suite 3300
                                              Chicago, IL 60601
                                              Telephone:    (312) 894-3200
                                              Fax:                (312) 894-3210
                                              E-Mail:          sengelking@osalaw.com

Attorney for Defendants
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200