3006194-LRB/SJE                                                                       ARDC: 6206641

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LEWIS HERRING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   07 C 7215 |
| | ) |
| RICHARD E. MARR and FFE | ) |
| TRANSPORTATION SERVICES, INC., | ) |
| an Illinois Corporation, | )   Judge Guzman |
| | ) |
| Defendants. | ) |

### AMENDED NOTICE OF MOTION

TO:   Mr. Scott Pyles, Rathbun, Cservenyak & Kozol, LLC, 3260 Executive Drive, Joliet, IL 60431

PLEASE TAKE NOTICE THAT on **June 11, 2008**, at **9:30 a.m.**, we shall appear before the **Honorable Judge Guzman** in **Room 1219**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, shall then and there present the attached the attached **Amended Motion to Extend and Amend the Discovery Schedule**.

                                        SmithAmundsen LLC


         S/   Lew R. C. Bricker
              Lew R. C. Bricker - 6206641
              Attorney for Defendants, Richard E. Marr and
              Smithway Motor Xpress, Inc.
              SmithAmundsen LLC
              150 N. Michigan Avenue, Suite 3300
              Chicago, IL 60601
              (312) 894-3200
              (312) 894-3210
              lbricker@salawus.com

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601

(312) 894-3200
(312) 894-3210 Fax

## AFFIDAVIT OF SERVICE

I, Lew R. C. Bricker, hereby certify that on **June 9, 2008**, a copy of the foregoing **Amended Motion to Extend and Amend the Discovery Schedule** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*<u>Parties receiving service electronically are as follows</u>:*

Mr. Scott Pyles
Rathbun, Cservenyak & Kozol, LLC
3260 Executive Drive
Joliet, IL 60431

                                               S/    Lew R. C. Bricker
                                                      Lew R. C. Bricker - 6206641
                                                      Attorney for Defendants, Richard E. Marr and
                                                      Smithway Motor Xpress, Inc.
                                                      SmithAmundsen LLC
                                                      150 N. Michigan Avenue, Suite 3300
                                                      Chicago, IL 60601
                                                      (312) 894-3200
                                                      (312) 894-3210
                                                      lbricker@salawus.com

Attorney for Defendants
SMITHAMUNDSEN LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312) 894-3200

2