UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lewis Herring
                    Plaintiff,

v.                                            Case No.: 1:07–cv–07215
                                              Honorable Ronald A. Guzman

Richard E. Marr, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

       MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendants Richard E. Marr, FFE Transportation Services, Inc. for extension of time to amend [18], [20] is granted. Status hearing held on 6/11/2008. Discovery extended to 8/11/2008. Status hearing set for 8/18/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.