3006194-LRB/SJE                                                                              ARDC: 6286111

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LEWIS HERRING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   07 C 7215 |
| | ) | |
| RICHARD E. MARR and FFE TRANSPORTATION SERVICES, INC., an Illinois Corporation, | ) ) ) | Judge Guzman |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  Mr. Scott Pyles, Rathbun, Cservenyak & Kozol, LLC, 3260 Executive Drive, Joliet, IL 60431

PLEASE TAKE NOTICE THAT on **July 31, 2008**, at **9:30 a.m.**, we shall appear before the **Honorable Judge Guzman** in **Room 1219**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, shall then and there present the attached the attached **Motion to Compel**.

                                                            SmithAmundsen LLC


                                          S/    Sandra J. Engelking
                                                Sandra J. Engelking - 6286111
                                                Attorney for Defendants, Richard E. Marr and
                                                Smithway Motor Xpress, Inc.
                                                SmithAmundsen LLC
                                                150 N. Michigan Avenue, Suite 3300
                                                Chicago, IL 60601
                                                (312) 894-3200
                                                (312) 894-3210
                                                sengelking@salawus.com


SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200

(312) 894-3210 Fax

**AFFIDAVIT OF SERVICE**

I, Lew R. C. Bricker, hereby certify that on **July 24, 2008**, a copy of the foregoing **Motion to Compel** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Mr. Scott Pyles
Rathbun, Cservenyak & Kozol, LLC
3260 Executive Drive
Joliet, IL 60431

            S/  Sandra J. Engelking
              Sandra J. Engelking - 6286111
              Attorney for Defendants, Richard E. Marr and
              Smithway Motor Xpress, Inc.
              SmithAmundsen LLC
              150 N. Michigan Avenue, Suite 3300
              Chicago, IL 60601
              (312) 894-3200
              (312) 894-3210
              sengelking@salawus.com

Attorney for Defendants
SMITHAMUNDSEN LLC
150 North Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312) 894-3200