3006194-LRB/JCN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

_____

In the Matter of                                                             Case   07 C 7215

Lewis Herring v. Richard E. Marr and FFE Transportation Services, Inc., an Illinois Corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Richard E. Marr and FFE Transportation Services, Inc., an Illinois Corporation

| SIGNATURE S/ John C. Neel | |
|---|---|
| FIRM **SMITHAMUNDSEN LLC** | |
| STREET ADDRESS **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278120 | TELEPHONE NUMBER **(312) 894-3200** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES / /   NO / x / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES / /   NO /x / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES / /   NO / x / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES / /   NO / x / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL  / /                                          APPOINTED COUNSEL   / / | |