3006194-LRB/JCN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

___

In the Matter of                                                          Case    07 C 7215

Lewis Herring v. Richard E. Marr and FFE Transportation Services, Inc., an Illinois Corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Richard E. Marr and FFE Transportation Services, Inc., an Illinois Corporation

| SIGNATURE  S/ Heather L. Kingery |  |
|---|---|
| FIRM  **SMITHAMUNDSEN LLC** | |
| STREET ADDRESS  **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP  **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6383259 | TELEPHONE NUMBER  **(312) 894-3200** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES / /     NO / x / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES / /     NO /x / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES / /     NO / x / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES / /     NO / x / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL  / /                                     APPOINTED COUNSEL  / / | |