UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lewis Herring
       Plaintiff,

v.              Case No.: 1:07−cv−07215
             Honorable Ronald A. Guzman

Richard E. Marr, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

  MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 8/25/2008. Defendants' expert reports due 9/16/08 and expert depositions to be completed by 9/30/08. Plaintiff's rebuttal expert reports due 10/21/08 and expert depositions to be completed by 11/4/08. Status hearing set for 11/5/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.